UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**In re:**

**SAFONYA MICHELLE MARTIN**
**FKA SAFONYA MARSH,**

   **CHAPTER 13**

 Debtor.

   **CASE NO. 11-36060-KRH**

**BSI FINANCIAL SERVICES, INC., AS SERVICER FOR THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION AS GRANTOR TRUSTEE OF THE PROTIUM MASTER GRANTOR TRUST,**

 Plaintiff/Movant.

**vs.**

**SAFONYA MICHELLE MARTIN**
**AKA SAFONYA M. MARSH**
**CARL M. BATES, TRUSTEE,**

 **Defendants/Debtors.**

### ORDER TO WITHDRAW MOTION FOR RELIEF WITHOUT PREJUDICE

Upon Motion of BSI Financial Services, Inc., as servicer for The Bank of New York Mellon Trust Company, National Association as Grantor Trustee of the Protium Master Grantor Trust, by Counsel, it is **ORDERED** that the Motion for Relief is hereby Withdrawn Without Prejudice as the loan has been service released from BSI Financial, to Carrington Mortgage Services, LLC.

Michael T. Freeman, Esquire
Counsel for Plaintiff
Samuel I. White, P.C.
1804 Staples Mill Road, Suite 200
Richmond, VA 23230
State Bar #65460
(804) 290-4290
File No. 01-013288-11

DATED:

_____
JUDGE

**NOTICE OF JUDGMENT OR ORDER
Entered on Docket**

_____

I ask for this:
**/s/ MICHAEL T. FREEMAN**
Eric David White, Esquire, VSBN 21346
Michael T. Freeman, Esquire, VSBN 65460
David W. Carter, Esquire, VSBN 70875
Kimberly B. Lane, Esquire, VSBN 78720
Brandon R. Jordan, Esquire, VSBN 72170
Samuel I. White, P. C.
Counsel for BSI Financial Services, Inc., as servicer for The Bank of New York Mellon Trust Company, National Association as Grantor Trustee of the Protium Master Grantor Trust
1804 Staples Mill Road, Suite 200
Richmond, VA 23230

CERTIFICATE

I hereby certify that this proposed Order has been endorsed by all necessary parties involved in this proceeding.

**/s/ MICHAEL T. FREEMAN**
Samuel I. White, P. C.

The Clerk shall mail a copy of the entered Order to the following:

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

Richard C. Langhorne, Esquire
Counsel for Debtor
Post Office Box 1119
Gloucester, VA 23061

Safonya Michelle Martin
Debtor
P.O. Box 161
Saluda, VA 23149